```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TRAVELERS PROPERTY CASUALTY COMPANY                                    :
OF AMERICA,                                                            :
                                                                       :
                        Plaintiff,                                     :
                                                                       :    25 Civ. 5086 (JPC)
            -v-                                                        :
                                                                       :    ORDER
COSCO SHIPPING LINES CO., LTD.,                                        :
                                                                       :
                        Defendant.                                     :
                                                                       X
-----------------------------------------------------------------------
```

JOHN P. CRONAN, United States District Judge:

On August 26, 2025, Defendant waived service of process under Federal Rule of Civil Procedure 4(d)(3). Dkt. 7. It appears that the waiver of service was sent to Defendant within the United States, making Defendant's deadline to respond to the Complaint October 25, 2025. *See* Fed. R. Civ. P. 4(d)(3) ("A defendant who, before being served with process, timely returns a waiver need not serve an answer to the complaint until 60 days after the request was sent—or until 90 days after it was sent to the defendant outside any judicial district of the United States."). October 25 has passed, and the docket does not reflect a response to the Complaint. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 14, 2025. If Defendant again fails to respond to the Complaint by its deadline, and assuming the waiver of service was sent within the United States, Plaintiff shall seek a Certificate of Default by November 21, 2025.

Plaintiff is directed to send a copy of this Order by First Class Mail and by email to Kevin Lennon, Esq., at the addresses on the executed waiver of service, Dkt. 7, and to file proof of such service on the docket within two days of so doing.

SO ORDERED.

Dated: October 29, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge