| Edward A. Keane∗<br>Garth S. Wolfson∗<br>_____<br>Of Counsel<br>Stephen J. Murray+<br><br>∗Also admitted in NJ<br>+Also admitted in CT | **MAHONEY & KEANE, LLP**<br>*Attorneys at Law*<br>*40 Worth Street, Suite 602*<br>*New York, New York 10013*<br>*Telephone (212) 385-1422*<br>*Facsimile (212) 385-1605*<br>gwolfson@mahoneykeane.com | Connecticut Office<br>_____<br><br>14 Pilgrim Lane<br>Weston, CT 06883<br>Tel: (203) 222-1019<br>Fax: (203) 222-0252 |
|---|---|---|

November 17, 2025

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

> The request is granted. The conference is adjourned until December 9, 2025 at 2:00 p.m. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. The Clerk of Court is respectfully directed to close Dkt. 15.
>
> SO ORDERED
> November 18, 2025
>
> */s/ John P. Cronan/*
> JOHN P. CRONAN
> United States District Judge

Re:   **Case No. 25 Civ. 5086 (JPC)**
      Travelers Property Casualty Company of America v. COSCO Shipping Lines Co., Ltd.
      **Our File No. 12/4567**

Honorable Sir,

    We were yesterday evening substituted as counsel for Defendant, COSCO Shipping Lines Co., Ltd. ("COSCO"), in the above-referenced action, wherein we now note an initial case management conference was yesterday scheduled for November 25, 2025. We write with the consent of all parties to request an adjournment of the conference to sometime after December 8, 2025. No prior request for an extension has been made.

    The main reason for the request is that the undersigned has long-standing plans to be out of the country from November 24, 2025 through December 5, 2025. As we are new to the matter, the additional time would also assist in allowing our investigation and review, such that the Court may be presented at the conference with a more complete understanding of the issues in the case.

    And our thanks for Your Honor's consideration.

                                  Respectfully submitted,

                                    MAHONEY & KEANE, LLP

By:   s/ Garth S. Wolfson_____
      Edward A. Keane
      Garth S. Wolfson

cc:   CronanNYSDChambers@nysd.uscourts.gov