UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY COMPANY   :
OF AMERICA,
   :
   :
          Plaintiff,   :
   :
   -v-   :          25 Civ. 5086 (JPC)
   :
COSCO SHIPPING LINES CO., LTD.,   :          <u>ORDER</u>
   :
          Defendant.   :
   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 17, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan ("CMP") five days before a conference, which was later adjourned to December 9, 2025. *See* Dkt. 12; Dkt. 16. The deadline to submit a joint letter and proposed CMP was therefore December 4, 2025, but the parties failed to file the required materials by that date. By later today, the parties must file a joint letter and proposed CMP or be prepared to explain at the upcoming conference why sanctions should not issue.

SO ORDERED.

Dated: December 5, 2025
       New York, New York                  JOHN P. CRONAN
                                  United States District Judge